UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIANNA SHADLOW, a married person; and ADRIANNA SHADLOW as Guardian for J. C.; J. C. S.; M.C. S. And B. C. S., minors,<br><br>     Plaintiffs,<br><br>  v.<br><br>SAFEWAY, INC., a Delaware corporation, d/b/a Safeway Pharmacy #0462,<br><br>     Defendant. | No.: CV-12-3069-EFS<br><br>**ORDER CLOSING FILE** |

On January 9, 2013, the parties filed a stipulated dismissal. ECF No. 12. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1. All claims are **DISMISSED with prejudice**, and all parties are to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN**.

//

//

ORDER CLOSING FILE - 1

3.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel.

**DATED** this 10th day of January 2013.

<pre>
                   s/ Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge
</pre>

ORDER CLOSING FILE - 2